IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JAMES EDWARD GARY, JR., #222 516 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-1074-WKW |
| KENNY JONES, WARDEN *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*, and for good cause, it is

ORDERED that the motion (Doc. No. 2) be and is hereby GRANTED.

Done, this 13th day of December 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE