IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD GARY, JR., ) <br> AIS #222 516 ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KENNY JONES, WARDEN, et al., ) <br> ) <br> Respondents. ) | CIVIL ACTION NO. <br> 3:07-CV-1074-WKW |

**MOTION FOR ENLARGEMENT**

Come now the Respondents in the above-styled cause and request an enlargement of twenty-one days to respond to this Court's Order to Show Cause. Counsel for the Respondents has been involved in other work in the appellate courts of the State of Alabama and other federal courts and therefore has had insufficient time in which to complete Respondents's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents pray that this Honorable Court will grant this request for twenty-one days to respond to Gary's habeas corpus petition, therefore making the Respondents' response due January 28, 2008.

I am this date mailing a copy of this request for an extension of time to the attorney for the petitioner.

                    Respectfully submitted,

                    Troy King (KIN047)
                    Attorney General
                    By:

                    s/Marcus S. Bass (BAS020)
                    Marcus S. Bass
                    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: James Edward Gary, Jr., AIS #222516, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama 35023.

        s/Marcus S. Bass
        Marcus S. Bass (BAS020)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: mbass@ago.state.al.us

364053/116300-001