IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JAMES EDWARD GARY, JR., #222 516 | * | |
| Petitioner, | * | |
| v. | * | 3:07-CV-1074-WKW |
| KENNY JONES, WARDEN *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Respondents filed a Motion for Enlargement of Time on January 7, 2008. *(Doc. No. 7.)* Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Enlargement of Time (*Doc. No. 7*) is GRANTED; and

2. Respondents are GRANTED an extension from January 7, 2008 to January 28, 2008 to file their answer.

DONE, this 9th day of January 2008.

   /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE