**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

2008 FEB -1  P 2: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JAMES EDWARD GARY, JR.,<br>AIS #222516 | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| vs. | ) |
| | ) |
| KENNY JONES, WARDEN, et al. | ) |
| | ) |
| RESPONDENTS. | ) |
| | ) |
| | ) |

CIVIL ACTION:
  3:07-CV-1074-WKW

**CONFLICT DISCLOSURE STATEMENT**

Comes now the Respondent, Kenny Jones, Warden for the Alabama

Department of Corrections, through the undersigned counsel, and makes the

following disclosure regarding potential conflicts of interest in accordance with

this Court's general Order No. 3047:

Kenny Jones, the named party Respondent in the above-captioned case as

required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the <u>Rules Governing</u>

<u>Section 2254 Cases in the United States District Courts,</u> has been sued in his

official capacity.  Kenny Jones does not have any known affiliations "that could

potentially pose a financial or professional conflict for a judge" on this Court.

Marcus S. Bass
Assistant Attorney General
Counsel for Kenny Jones

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>1st</u> day of February, 2008, I filed the foregoing,

and I hereby certify that I have mailed, by United States Postal Service, the

document to the following non-CM/ECF participant:  <u>James Edward Gary, Jr.,</u>

<u>AIS# 222516, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer,</u>

<u>Alabama, 35023</u>.

Marcus S. Bass
Assistant Attorney General

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  mbass@ago.state.al.us

3