IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD GARY, JR., ) <br> AIS #222516 ) <br> ) <br> PETITIONER, ) <br> ) <br> vs. ) <br> ) <br> KENNY JONES, WARDEN, et al. ) <br> ) <br> RESPONDENTS. ) <br> ) <br> ) | CIVIL ACTION: <br> 3:07-CV-1074-WKW |

2008 FEB -4 P 2:36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## SUBSTITUTE CONFLICT DISCLOSURE STATEMENT

Comes now Troy King, Attorney General for the State of Alabama, and Kenny Jones, Warden for the Alabama Department of Corrections, and through the undersigned counsel make the following disclosure regarding potential conflicts of interest in accordance with this Court's general Order No. 3047:

Troy King and Kenny Jones, parties named Respondents in the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Section 2254 Cases in the United States District Courts, have been sued in their official capacities. Neither Attorney General King nor Warden

Jones have any known affiliations "that could potentially pose a financial or professional conflict for a judge" on this Court.

                                                     Marcus S. Bass
                                                     Assistant Attorney General
                                                     Counsel for Troy King and Kenny Jones

# CERTIFICATE OF SERVICE

I hereby certify that on this <u>4th</u> day of February, 2008, I filed the foregoing, and I hereby certify that I have mailed, by United States Postal Service, the document to the following non-CM/ECF participant: <u>James Edward Gary, Jr., AIS# 222516, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama, 35023</u>.

/s/ Marcus S. Bass
Marcus S. Bass

ADDRRESS OF COUNSEL:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  mbass@ago.state.al.us