In the District Court of the United States
For the Middle District of Alabama

RECEIVED
2008 FEB 15 DAY: 9:03:7

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

James Edward Gary Jr.
    Petitioner

vs.

Kenny Jones, Warden, et al.
    Respondents.

Civil Action 3:07-CV-1074-WKW

## Motion For Appointment of Counsel

Now comes the petitioner "James Edward Gary Jr" and files this his "Motion for Appointment of Counsel" pursuant to Title 28 U.S.C. Section 3006(a) all in support of same will show unto this honorable court the following to wit:

1. The issues in this case are complex.
2. The petitioner is uneducated in the law.
3. The petitioner needs counsel to protect his constitutional rights.
4. The ends of Justice will be served if counsel is appointed.

Wherefore, premises considered, petitioner prays his humble Motion be granted and counsel be appointed to represent him.

Respectfully submitted,

_James E Gary_

James Edward Gary Jr. # 222516
100 Warrior Lane
Bessemer, Ala. 35023-7299

(5).