IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| JAMES EDWARD GARY, JR., #222 516 | * |
|     Petitioner, | * |
|     v. | *    3:07-CV-1074-WKW |
| KENNY JONES, WARDEN *et al.*, | * |
|     Respondents. | * |

_____

**ORDER ON MOTION**

Before the court is Petitioner's Motion to Amend Habeas Petition. Petitioner requests that he be permitted to amend his petition by submitting additional arguments in support of the habeas claims he has presented to this court for review. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (*Doc. No. 17*), be and is hereby GRANTED.

DONE, this 13th day of March 2008.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE