IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JAMES EDWARD GARY, JR.,       *
 #222 516
     Petitioner,           *

     v.                 *       3:07-CV-1074-WKW

KENNY JONES, WARDEN *et al.*,   *

     Respondents.       *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Evidentiary Hearing, and for good cause, it is

ORDERED that the motion (*Doc. No. 17*), be and is hereby DENIED. The request may be reconsidered if warranted by further developments.

DONE, this 2nd day of May 2008.

                /s/ Susan Russ Walker
              SUSAN RUSS WALKER
              CHIEF UNITED STATES MAGISTRATE JUDGE