IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD GARY, JR., #222 516, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 3:07-CV-1074-WKW[WO] |
| | ) |
| KENNY JONES, WARDEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 13, 2010, the Magistrate Judge filed a Recommendation in this case. (Doc. # 22.) Petitioner James Edward Gary Jr. timely filed an objection on April 29, 2010. (Doc. # 29.) Having independently reviewed the file in this case and conducted a *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b)(1), the objection lacks merit for substantially the same reasons set forth in the Magistrate Judge's recommendation.[1]  Accordingly, it is ORDERED as follows:

1. Mr. Gary Jr.'s objection (Doc. # 29) is OVERRULED.

2. The Recommendation (Doc. # 22) is ADOPTED.

3. The petition for habeas corpus relief filed by Mr. Gary Jr. is DENIED.

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

---

[1] The arguments raised in the objection mirror those previously raised and addressed in the Recommendation.

DONE this 12th day of May, 2010.

                                               /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE